UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
EASTERN DIVISION
CASE NUMBER: 5:12-CR-167-1BO

FILED IN OPEN COURT
ON 7/23/2012
Julie A. Richards, Clerk
US District Court
Eastern District of NC

United States of America
vs.
Roger Paige

ORDER

IT IS HEREBY ORDERED that the following Government Exhibit(s) be returned to <u>Agent Shawn Collins</u> with ATF and remain in his custody through the time of sentencing and any proceeding on appeal or review.

<u>Govt's Exhibit(s): # 1 - Colt .38 caliber revolver</u>
<u>Govt's Exhibit(s): #2 - Bag of ammunition - 5 live rounds and 1 spent cartridge casing</u>

This <u>23th</u> day of July, 2012 - Exhibit received by:

_____
Print name

_____
Sign name

July <u>23th</u>, 2012

_____
TERRENCE W. BOYLE, US District Judge