AO 245A (Rev. 12/03) Judgment of Acquittal

# UNITED STATES DISTRICT COURT

| EASTERN | DISTRICT OF | NORTH CAROLINA |

UNITED STATES OF AMERICA

V.

ROGER PAIGE

**JUDGMENT OF ACQUITTAL**

CASE NUMBER: 5:12-CR-167-1BO

The Defendant was found not guilty. IT IS ORDERED that the Defendant is acquitted, discharged, and any bond exonerated.

_____
Signature of Judge

Terrence W. Boyle     US District Judge
Name of Judge     Title of Judge

7/23/2012
Date